0529452UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number 09-19797 JHW

Debtor: Kelly A. Corgliano

| Check Number | Creditor | Amount |
|---|---|---|
| 1709936 | Nationstar Mortgage, Inc. | 1571.45 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   November 17, 2010